IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:

MICHAEL EUGENE LAWSON,              Case No.: 15-bk-50142
TINA MAE LAWSON,

      Debtors                                           Chapter 7

### AGREED ORDER DISMISSING CASE

The U.S. Trustee filed a Motion to Dismiss Case for Abuse on September 25, 2015, which is scheduled for hearing on October 21, 2015.

The debtors now desire to voluntarily dismiss their case rather than convert the case to Chapter 13 or litigate the motion. The parties have agreed that the dismissal shall be without prejudice to filing a subsequent Chapter 13 case, and without prejudice to filing a subsequent Chapter 7 case only if there is a material change in the debtors' financial circumstances that renders them unable to pay creditors. The Court finding this resolution to be proper, it is

ORDERED that this case is DISMISSED without prejudice.

ENTER: **OCT 3 0 2015**.              _/s/ Frank W. Volk_
                                                                                        Judge

/s/ *David L. Bissett*
David L. Bissett (WV Bar No. 6013)
Trial Attorney, Office of U.S. Trustee
United States Courthouse, Room 2025
300 Virginia Street East
Charleston, WV 25301
(304) 347-3400



Agreed:

*/s/ Paul W. Roop, II*
Paul W. Roop, II (WV Bar No. 5406)
Roop Law Office, LC
P. O. Box 1145
Beckley, WV 25901
(304) 255-7667
Attorney for Debtors